## SMITH *VS.* RAYMOND.

1. An averment in a declaration on a note payable in bank, that the same was presented at the bank, when due, is a sufficient allegation of a demand of payment.

Error to Wilcox Circuit court.

Assumpsit on note.

*J. A. Campbell*, for plaintiff in error.

COLLIER, C. J.—The plaintiff was sued as the endorser of a promissory note, "negotiable and payable at the Bank of Mobile;" and a judgment by *nil dicit*, on plea withdrawn, having been rendered against him, he prosecutes a writ of error to this court, and here insists, that the declaration is defective, in not alleging a presentment and demand of the note for payment.

The declaration states, that the note "was presented at the Bank of Mobile, on the day the same became due." A presentment at the bank, implies that the paper was shown to the proper officer of the bank—and more, it supposes that the act was effectual, and such as is usual, and therefore, it will be held to include a demand.

The declaration, in the particular objected to, being sufficient,—the judgment is affirmed.